IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr16-T |
| **UCHECHUKWUKA PATIENCE** | ) | (WO) |
| **ODITA** | ) | |

**ORDER**

Defendant Uchechukwuka Patience Odita is charged in a two-count indictment with using a false identification document, in violation of 18 U.S.C.A. § 1028(a)(6), and attempting to use a forged alien registration receipt card, in violation of 18 U.S.C.A. § 1546(a).  This case is now before the court on the joint motion for a mental competency determination pursuant to 18 U.S.C.A. § 4241(d).

Previously, Magistrate Judge Charles S. Coody ordered that Odita undergo a psychiatric or psychological examination and that the psychiatric or psychological report be filed with the court, pursuant to 18 U.S.C.A. §§ 4241, 4242, and 4247(b) & (c).  Odita was transferred to Federal Medical Center in Carswell, Texas, where she was evaluated

to determine if she was suffering from a mental disease that rendered her unable to understand the nature and consequences of the proceedings against her and to assist properly in her defense, and if she was legally insane at the time she committed the instant offenses.

The Warden of the Federal Medical Center filed a report on June 3, 2005, which found that Odita was incompetent to stand trial.  The report declined to determine whether Odita was legally insane when she committed the instant offenses and also declined to assess whether Odita was likely to be restored to competence through treatment.  The report indicated that Odita required further evaluation and treatment to answer these questions.  In essence, the warden indicated that she could not comply with Magistrate Judge Coody's order with respect to 18 U.S.C.A. § 4242 without additional time to evaluate Odita.

Accordingly, based on the representations made during the status conference held on September 26, 2005 and having reviewed the competency report filed June 3, 2005, it is

2

**ORDERED that the government's motion for a competency determination, filed June 7, 2005 (Doc. No. 18), is granted to the extent that, as of the date of the motion, defendant Uchechukwuka Patience Odita is committed to the custody of the Attorney General of the United States, pursuant to 18 U.S.C.A. § 4241(d), to receive further evaluation and treatment.**

**It is further ORDERED that the Attorney General shall, pursuant to 18 U.S.C.A. § 4241(d)(1), hospitalize defendant Odita for treatment at the Federal Medical Center in Carswell, Texas, for such reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant Odita will attain the capacity to permit her trial to proceed.**

**It is further ORDRED that the Attorney General shall, pursuant to 18 U.S.C.A. § 4247(b), hospitalize defendant Odita for treatment at the Federal Medical Center in Carswell, Texas, for such reasonable period of time, not to**

exceed 45 days, as is necessary to determine whether she was legally insane at the time she committed the offenses charged in the indictment.  The 45 day period shall be counted from the date of this order.

DONE, this the 27th day of September, 2005.

                                         /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE