IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:05cr16-MHT |
| **UCHECHUKWUKA PATIENCE** | ) | (WO) |
| **ODITA** | ) | |

ORDER

It is ORDERED that the jury selection and trial for defendant Uchechukwuka Patience Odita are set for August 7, 2006, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 30th day of June, 2006.

       /s/ Myron H. Thompson       
    UNITED STATES DISTRICT JUDGE