IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 3:05cr16-MHT |
| UCHECHUKWUKA PATIENCE    ) | (WO) |
| ODITA    ) | |

ORDER

This criminal case is once again before the court because of questions regarding defendant Uchechukwuka Patience Odita's mental competency.  This court previously ordered a mental evaluation, recommitted her for further treatment, and ultimately concluded that she had attained the mental capacity to permit her criminal trial to proceed.  The court found "that Odita is schizophrenic and was actively psychotic at the time she was initially committed for psychiatric and psychological examination, but that her period of treatment and medication at the Carswell Medical Center brought her symptoms under control, if not into complete remission." United States v. Odita, 2006 WL 1817070, at *3 (M.D. Ala.

June 30, 2006). The court concluded by finding that "any symptoms of acute psychosis that she exhibits now are exaggerated and that any actual symptoms of her mental illness do not currently render her incompetent to stand trial." Id.

At the arraignment, held on July 11, 2006, defense counsel again raised concerns about Odita's competency. Magistrate Judge Charles Coody, who presided over the arraignment, relayed his concerns to the undersigned regarding Odita's competency in light of her demeanor and behavior at the arraignment. Defense counsel then filed a motion to continue trial, contending, among other things, that his client's mental state made trial preparation difficult and time-consuming such that it would be difficult to adequately prepare for an August 7, 2006, trial date.

During oral argument on the motion to continue, held on July 26, 2006, defense counsel again reiterated his concern that Odita was not competent to assist in her

defense or understand the full nature of the proceedings against her. In particular, he noted that she had "good days and bad days." Sometimes she was able to assist him in preparation for trial, other times she was unable to do so because she did not appear to follow what he was saying or to be able to process what was happening, and yet other times she was unwilling to do so because she seemed to distrust him.

In light of the foregoing, it appears to the court that there is reasonable cause to believe that Odita may again currently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. The court is particularly concerned that Odita is not stable enough, <u>even when medicated</u>, to assist properly in her defense and consistently understand the proceedings against her. In particular, because her condition appears to fluctuate

3

from day-to-day, she may have a "bad day" during her trial that could seriously call into question the legitimacy of her trial.  Moreover, the court is concerned with the possibility that her current medications (which appear to include 1 mg of Cogentin daily, 20 mg of Prozac daily, 5 mg of Haldol twice daily, and 100 mg of Clozapine twice daily) might sedate her so heavily that she is not actually competent to proceed to trial.

Accordingly, it is ORDERED that the United States Marshal for this district immediately remove defendant Uchechukwuka Patience Odita to the custody of the warden of an appropriate institution as may be designated by the Attorney General where she is to be committed for the purpose of being observed, examined, and treated for a period not to exceed 30 days by one or more qualified psychiatrists or psychologists at the institution, pursuant to the provisions of 18 U.S.C. §§ 4241 and 4247(b) & (c).  The 30-day period shall be counted from

the day of defendant Odita's arrival at the designated institution.

It is further ORDERED that pursuant to 18 U.S.C. § 4247(c) the examining psychiatrists or psychologists conducting the mental examination of defendant Odita report in writing to this court within 45 days from the date of defendant Odita's arrival at the institution as to their findings, opinions, and conclusions relative to the competency or incompetency of defendant Odita and specifically report to and advise this court whether or not in their opinion defendant Odita may be currently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against her or properly assist in her own defense.  The report should also address the effect, if any, that her medications have on her ability to assist her counsel and to understand the nature of the proceedings against her.  It should also address the court's concerns about whether

she is sufficiently stable to ensure that she will not have a "bad day" during the trial.

DONE, this the 26th day of July, 2006.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE